UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : <br> (1) ONE 37.5 FOOT BAJA SPORT : <br> CRUISER MOTORBOAT, ID NO. : <br> AGCB5523J889, NAMED "MADE YA : <br> LOOK," WITH ALL APPURTENANCES : <br> AND ATTACHMENTS THEREON,et al. : <br> : <br> [CLAIMANTS: DEBBIE C. KERPEN, : <br> A/K/A DEBORAH KERPEN, : <br> KAY F. ANDREWS, WILLIAM : <br> NATION, ROBERT C. KERPEN, JR., : <br> CHRISTOPHER AND/OR LISA : <br> PHEFFER, AND FORD MOTOR : <br> CREDIT COMPANY] : | Civil No. 3:01CV02090 (PCD) <br><br><br><br><br><br><br><br><br><br> March 8, 2004 |

### AFFIDAVIT OF JAIME SWIFT

1. I am a legal assistant assigned to the Asset Forfeiture Unit of the United States Attorney's Office for the District of Connecticut.

2. On March 5, 2004, I made a telephone inquiry to the Defense Manpower Data Center located in Arlington, Virginia, about whether any of the following individuals was presently serving in any branch of the United States Military:

        DEBBIE C. KERPEN, ssn 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
        ROBERT C. KERPEN, ssn 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
        CHRISTOPHER PFEFFER, ssn 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
        LISA PFEFFER, aka LISA KENNETT, ssn 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

3. On March 5, 2004, a representative of the Defense Manpower Data Center notified me that none of the above individuals was presently serving in the United States Military.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 8th day of March, 2004.

_____
JAIME SWIFT
LEGAL ASSISTANT

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the within and foregoing Affidavit of Jaime Swift has been mailed, postage prepaid, this 5th day of March, 2004, to:

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher and/or Lisa Pheffer
1250 Dunbar Hill Road
Hamden, CT 06514

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

 

_____
HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Civil No. 3:01CV02090 (PCD) |
| : | |
| (1) ONE 37.5 FOOT BAJA SPORT : | |
| CRUISER MOTORBOAT, ID NO. : | |
| AGCB5523J889, NAMED "MADE YA : | |
| LOOK," WITH ALL APPURTENANCES : | |
| AND ATTACHMENTS THEREON, et al. : | |
| : | |
| [CLAIMANTS: DEBBIE C. KERPEN, : | |
| A/K/A DEBORAH KERPEN, : | |
| KAY F. ANDREWS, WILLIAM : | |
| NATION, ROBERT C. KERPEN, JR., : | |
| CHRISTOPHER AND/OR LISA : | March 8, 2004 |
| PFEFFER, AND FORD MOTOR : | |
| CREDIT COMPANY] : | |

REQUEST TO ENTER DEFAULTS AGAINST
ROBERT C. KERPEN, CHRISTOPHER AND/OR LISA PFEIFFER,
AND DEBBIE C. KERPEN

To: Clerk of the Court

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Robert C. Kerpen, Christopher and/or Lisa Pferrer, and Debbie C. Kerpen, for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. In support of this request, the United States relies on the following two, accompanying documents: (1) Declaration in Support of Request to Enter Defaults Against Robert Kerpen, Christopher and/or Lisa Pfeffer, and Debbie C. Kerpen; and

(2) Affidavit of Jaime Swift, verifying that none of the parties sought to be defaulted are serving in the United States Military.

>Respectfully submitted,
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>/s/ Henry K. Kopel
>HENRY K. KOPEL
>ASSISTANT U.S. ATTORNEY
>P.O. BOX 1824
>NEW HAVEN, CT  06508
>(203) 821-3769
>FEDERAL BAR # ct24829

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to Enter Defaults Against Robert Kerpen, Christopher and/or Lisa Pfeffer, and Debbie C. Kerpen has been mailed, postage prepaid, this 5th day of March, 2004, to:

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher and/or Lisa Pfeffer
1250 Dunbar Hill Road
Hamden, CT 06514

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY