UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01CV02090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT | : | |
| CRUISER MOTORBOAT, ID NO. | : | |
| AGCB5523J889, NAMED "MADE YA | : | |
| LOOK," WITH ALL APPURTENANCES | : | |
| AND ATTACHMENTS THEREON,et al. | : | |
| | : | |
| [CLAIMANTS: DEBBIE C. KERPEN, | : | |
| A/K/A DEBORAH KERPEN, | : | |
| KAY F. ANDREWS, WILLIAM | : | |
| NATION, ROBERT C. KERPEN, JR., | : | |
| CHRISTOPHER AND/OR LISA | : | March 8, 2004 |
| PHEFFER, AND FORD MOTOR | : | |
| CREDIT COMPANY] | : | |

## AFFIDAVIT OF JAIME SWIFT

1.  I am a legal assistant assigned to the Asset Forfeiture Unit of the United States Attorney's

Office for the District of Connecticut.

2.  On March 5, 2004, I made a telephone inquiry to the Defense Manpower Data Center

located in Arlington, Virginia, about whether any of the following individuals was presently serving in any

branch of the United States Military:

> DEBBIE C. KERPEN, ssn 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
> ROBERT C. KERPEN, ssn 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
> CHRISTOPHER PFEFFER, ssn 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
> LISA PFEFFER, aka LISA KENNETT, ssn 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

3. On March 5, 2004, a representative of the Defense Manpower Data Center notified me that none of the above individuals was presently serving in the United States Military.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this day of March, 2004.

JAIME SWIFT
LEGAL ASSISTANT

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Affidavit of Jaime Swift has been mailed, postage prepaid, this 5th day of March, 2004, to:

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher and/or Lisa Pheffer
1250 Dunbar Hill Road
Hamden, CT 06514

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY