UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

   -vs-                                            Civil No. 3:01 cv 2090 (PCD)

(1) ONE 37.5 FOOT BAJA SPORT CRUISER
MOTORBOAT, ID NO. AGCB5523J889, NAMED
"MADE YA LOOK," WITH ALL APPURTENANCES
AND ATTACHMENTS THEREON, ET ALS

## ENDORSEMENT ORDER

      Plaintiff's motion for entry of default against claimants Robert C. Kerpen, Christopher and/or Lisa Pferrer, and Debbie C. Kerper (Doc. #15), is hereby GRANTED.

Default is hereby entered pursuant to Rule 55(a) FRCP, against claimants Robert C. Kerpen, Christopher and/or Lisa Pferrer and Debbie C. Kerper. A Motion for Default Judgment shall be filed within 30 days or dismissal will enter pursuant to Rule 41(a) FRCP.

SO ORDERED.

Dated at New Haven, Connecticut, March 16, 2004.

                              KEVIN F. ROWE, CLERK


                         By    /s/
                             Patricia A. Villano, Deputy Clerk