

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:01CV2090(PCD) |
| DEFENDANT | TYPE OF PROCESS |
| 37.5 Foot Baja Sport Cruiser, et al | Verified Complaint of Forfeiture* |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | William Nation |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | 403 Oak Ridge Drive, MT. Washington, KY 40047 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Julie G. Turbert<br>Assistant U.S. Attorney<br>P.O. Box 1824<br>New Haven, CT 06508 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | #3 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE. | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

*Warrant of Arrest in Rem, Legal Notice

| Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|
| Julie G. Turbert | (203) 821-3700 | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>3-3-04 | TIME OF SERVICE<br>7:50 | [X] AM<br>[ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |
| REMARKS: | Shea C Sines, Special Agent, IRS-CI | | |

TD F 90-22.48 (6/96)