

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:01CV2090(PCD) |
|---|---|
| DEFENDANT<br>37.5 Foot Baja Sport Cruiser, et al | TYPE OF PROCESS<br>Verified Complaint of Forfeiture* |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>**Kay F. Andrews** |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>280-29 Zoar Road, Charlemont, MA 01367 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Julie G. Turbert<br>Assistant U.S. Attorney<br>P.O. Box 1824<br>New Haven, CT 06508 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | 3 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE. | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

*Warrant of Arrest in Rem, Legal Notice

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NO. (203) 821-3700

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:
Julie G. Turbert, Assistant U.S. Attorney

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
Douglas K. Werth

DATE 3/4/04

[ ] I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
Douglas K. Werth, Special Agent

ADDRESS: (Complete only if different than shown above)
135 High St., Hartford, CT. 06103
Stop 220

DATE OF SERVICE: 3/4/04    TIME OF SERVICE: 3:21 PM

SIGNATURE, TITLE AND TREASURY AGENCY
Douglas K. Werth S/A - IRS CID

REMARKS:
Served personally @ 280-29 Zoar Rd, Charlemont, MA, paperwork given directly to Kay Andrews.

TD F 90-22.48 (6/96)