(CASE # 3-01CV2090 CPCD)

United States District Court
District of Connecticut
FILED AT          HAVEN
3/30/2004          30
Kevin H. Rowe, Clerk
By: _____

Julie G. Turbert

Ms. Turbert

Enclosed is copy of original
Bill of Sale on John Deere
Tractor that I purchased from
Mrs Kerpen also a copy of
original Envelope and a copy
of the Shipping Receipt where
the Tractor was shipped to
Me. I am also claiming
348.80 a month for every month
you have kept my tractor
Since you seized it. I had
to purchase another tractor
to continue my Farming Operations
My Bill of Sale is Legitimate
And Signed & Notorized by State
Certified Notary who witnessed both
signatures And Transaction. This
is the same copy I originally
sent to you folks in 2001. So
I am expecting to receive possession
of My Tractor & Front end Loader

1341 NATION 502-376-2025 Cell
562 371-3710 off.
502-538-9649 Home

RE-USA VS Mark YA Look, et Al
Case # 3-01cv-02090 (PCD).

plus A check for 12,556.80
to cover the payments for
36 Months on the Replacement
Tractor plus the $4,000 that
I had to put down to
purchase that Tractor. I Don't
think I should be Responsible
for your dept. Mistakes. I
provided proof of ownership at
the time the property was seized
And your dept. ignored it. So
I should not have been subject
to these expenses due to I.R.S.
Mistakes. I Am enclosing telephone
number for Mrs Wells who Notarized
And Witnessed My Bill of Sale
on said Tractor. So I Am Filing A
Claim to have My Tractor & Front end
Loader Returned plus $16,556.80 for
cost of A Replacement Tractor. While you'A
kept my Tractor illegally. Your
help in Resolving this matter will be
greatly Appreciated.
Thanks Alot

*USA Vs Made HA Losh Et Al*

*CASE # 3-01CV2090(PCD)*

## BILL OF SALE

This is a selling agreement between Deb Kerpen and Bill Nation
that for the sum of $11,000.00 Dollars. Bill Nation will
purchase 1998 John Deere tractor model 870. on 01-10-01
to be paid as described below $5000.00 cash and $6,000.00
to be taken off of board of care of horses and rent of utilites
from 9-16-2000 to 03-16-2001. Mrs Kerpen will be paid
in full for rent and board until 03-15-2001. We Bill Nation
and Deb Kerpen agree to these terms and this sale and there
are no liens or monies owed on this  at this time.
Signatures below will finalize this deal.

BUYER _____ 1-10-01

SELLER _____

NOTARY _____ 1-10-01
Ends 3-17-2002

Phone # for MRs Wells 502-500-6874



4220 BARDSTOWN ROAD
LOUISVILLE, KENTUCKY 40218

1998 - 870 -
John. Deere Tractor
1-10-01

RE- USA Vs. Made ya Look, et. AL

(Misc # 3-0130090 (PCD)

Julie
this Receipt WAS
dated 2,000 instead of
2001 I'm sure if you call
MR. P. Express, they will
verify this
Thanks
Bell.

RE:
USA is Made ya look at the
CASE # 3-01-CV-2090 (PC)

## THIS SHIPPING ORDER
*must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent*

(Carrier) MR P EXPRESS          SCAC,          Carrier's No. _____

Shipper's No. **12334**

Received, subject to the classifications and tariffs in effect on the date of this Bill of Lading:

at _____ date 1-3-00 from _____

*the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained (as specified in Appendix B to Part 1035) which are hereby agreed to by the shipper and accepted for himself and his assigns.*

(Mail or street address of consignee for purposes of notification only.)

**TO:**
Consignee BILL NATION
Street HWY 44
Destination MT Washington Ky Zip

**FROM:**
Shipper DEB ZINC INC
Street 135 WAGNER
Origin/North Haven CT Zip

Route:

| Delivering Carrier | | | | Trailer Initial Number | | U.S. DOT Hazmat Reg. Number | | | |
|---|---|---|---|---|---|---|---|---|---|

| No. of packages | HM | Description of articles, special marks, and exceptions | Hazard Class | I.D. Number | Packing Group | Weight (subject to correction) | Class or rate | Labels required (for exemption) | Check column |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | TRACTOR | | | | | | | |
| 1 | | Asst Household goods | | | | | | | |
| | | 4000 lbs | | | | | | | |

Remit C.O.D. to:
Address:
City:          State:          Zip:

*If the shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."*
*Note — where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.*
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.*
Per _____

**COD** AMT:
$
Charges Advanced
$

(Signature of consignor)

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**C.O.D. FEE:**
Prepaid ☐
Collect ☐ $

**FREIGHT CHARGES**
☐ Prepaid    ☐ Collect

PLACARDS REQUIRED →          ← PLACARDS SUPPLIED ☐ YES ☐ NO - FURNISHED BY CARRIER
DRIVER'S SIGNATURE:

SHIPPER: _____
PER: _____ DATE: _____

CARRIER: MR P Express
PER: PD Gordon

EMERGENCY RESPONSE
TELEPHONE NUMBER: ( )

DATE: 1-3-00

*Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (§172.604).*

Permanent post office address of shipper

9-BLS-A3 (Rev. 7/95)

*Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.*

1 P·01          MAR-22-2004 01:18 PM

# JOHN DEERE CREDIT

*Handwritten:* USA vs Mark gudock, et. AL
*Handwritten:* case #3-01CV2090(PCD)

| 4138 | 26 JUN 01 |
|---|---|
| DEALER | CONTRACT DATE |

CO-DEBTORS OR CONTACT

This is to advise that your Loan Contract described herein has been accepted by John Deere or that your Retail Installment Contract described herein has been assigned to John Deere by your John Deere Dealer. The contract has been assigned the number shown below. Payments should be made in accordance with invoices to be furnished to you.

NATION          WILLIAM H
403 OAK RIDGE DR
MT WASHINGTON    KY 40065

FIXED RATE

LOAN CONTRACT OR RETAIL INSTALLMENT CONTRACT NUMBER:..... **401942616AA**

PLEASE DIRECT ANY QUESTIONS TO:     JOHN DEERE CREDIT

| | | |
|---|---|---|
| CASH PRICE | 2200000 | P.O. BOX 6600 |
| CASH DOWN PAYMENT | 438000 | JOHNSTON IA  50131-6600 |
| TRADE-IN | | |
| OFFICIAL FEES | 24200 | |
| INSURANCE PREMIUM | 22374 | |
| AMOUNT FINANCED | 1808574 | |
| FINANCE CHARGE | 284338 | |
| TOTAL PAYMENTS | 2092912 | |

| SECURITY | | | | | |
|---|---|---|---|---|---|
| QTY. | MFG. | MODEL | DESC. | SERIAL NUMBER | |
| 01 | JD | 4500 | NCUTTP | 452479 | |
| 01 | JD | 460 | NLOADX | 016457 | |

| INS EFFECTIVE DATE | INS EXPIRATION DATE |
|---|---|
| 26 JUN 01 | 01 JUL 06 |

FINANCE CHARGE BEGINS **01 JUL 01**

INFOVOICE 1-800-325-0219  CUST SERV 1-800-275-5322

YOUR PAYMENTS ARE DUE ON THE **01** DAY OF THE MONTH

| MO. | YR. | AMOUNT | MO. | YR. | AMOUNT | MO. | YR. | AMOUNT | MO. | YR. | AMOUNT | MO. | YR. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 01 | 34880 | 08 | 02 | 34880 | 08 | 03 | 34880 | 08 | 04 | 34880 | 08 | 05 | 34880 |
| 09 | 01 | 34880 | 09 | 02 | 34880 | 09 | 03 | 34880 | 09 | 04 | 34880 | 09 | 05 | 34880 |
| 10 | 01 | 34880 | 10 | 02 | 34880 | 10 | 03 | 34880 | 10 | 04 | 34880 | 10 | 05 | 34880 |
| 11 | 01 | 34880 | 11 | 02 | 34880 | 11 | 03 | 34880 | 11 | 04 | 34880 | 11 | 05 | 34880 |
| 12 | 01 | 34880 | 12 | 02 | 34880 | 12 | 03 | 34880 | 12 | 04 | 34880 | 12 | 05 | 34880 |
| 01 | 02 | 34880 | 01 | 03 | 34880 | 01 | 04 | 34880 | 01 | 05 | 34880 | 01 | 06 | 34880 |
| 02 | 02 | 34880 | 02 | 03 | 34880 | 02 | 04 | 34880 | 02 | 05 | 34880 | 02 | 06 | 34880 |
| 03 | 02 | 34880 | 03 | 03 | 34880 | 03 | 04 | 34880 | 03 | 05 | 34880 | 03 | 06 | 34880 |
| 04 | 02 | 34880 | 04 | 03 | 34880 | 04 | 04 | 34880 | 04 | 05 | 34880 | 04 | 06 | 34880 |
| 05 | 02 | 34880 | 05 | 03 | 34880 | 05 | 04 | 34880 | 05 | 05 | 34880 | 05 | 06 | 34880 |
| 06 | 02 | 34880 | 06 | 03 | 34880 | 06 | 04 | 34880 | 06 | 05 | 34880 | 06 | 06 | 34880 |
| 07 | 02 | 34880 | 07 | 03 | 34880 | 07 | 04 | 34880 | 07 | 05 | 34880 | 07 | 06 | 34992 |

\* MAIL PAYMT TO: JOHN DEERE CREDIT, DEPT # 77039, P.O. BOX 77000, DETROIT, MI 48277-0039

*Handwritten in right margin:* Here is copy of John Deere credit contract which I paid to purchase Replacement tractor for the 875 tractor that you IAN Seized. I expect to be reimbursed for the AbOVE expenses. Thank you IAN

---

## SENTRY SELECT INSURANCE COMPANY

### CERTIFICATE OF ULTRAGARD PHYSICAL DAMAGE INSURANCE

#### UltraGard: The Ultimate in Physical Damage Protection!

This certifies that, if an amount is shown above as "INSURANCE PREMIUM", the equipment for which Deere Credit Inc, Deere & Company, or John Deere Construction Equipment Company (JDC) holds the borrower's, purchaser's, or lessee's (the certificate holder's) contract, with the number shown above, is insured under a policy of physical damage insurance issued by SENTRY SELECT INSURANCE COMPANY, Moline Illinois insuring JDC's interest, the John Deere dealer's interest and the certificate holder's interest except as provided elsewhere in this certificate, in covered property. The insurance shall begin on the earlier of the 'INS EFFECTIVE DATE' above or date certificate holder takes possession of the covered property and shall terminate, without additional notice when the first of the following occur: (1) Certificate holder's indebtedness to JDC is discharged (unless certificate holder continues voluntary payments, acceptable to JDC and us outside bankruptcy) or early termination of the lease agreement; (2) JDC's security interest in covered property terminates; (3) JDC or JDC's designee repossesses covered property; (4) A judgement is entered against the certificate holder on the certificate holder's debt or lease, in favor of JDC, its assigns or successors; or (5) the "INS EXPIRATION DATE" shown in the note or lease acceptance form.

This certificate is not a contract of insurance, and JDC is not acting as an insurer. The rights of the certificate holder are described in the certificate and based on the policy indicated above issued by SENTRY SELECT INSURANCE COMPANY (we, us or our). Certificate holder may request from us, in writing, a copy of the policy on which this certificate is based from us. In the case of loss or damage to covered equipment from a covered cause of loss, the certificate holder must notify SENTRY SELECT INSURANCE COMPANY as soon as practicable by calling toll free (800) 635-3277. Certificate holder will cooperate with SENTRY SELECT INSURANCE COMPANY and comply with all Loss Conditions, including filing a completed sworn Proof of Loss within 60 days of our request. Failure to do so will void coverage for the certificate holder's interest in the damaged covered property under this policy. SEE POLICY TERMS ON REVERSE SIDE.

PS.
I can get
you copys of the
But payment every month
USA VS
Made yn Lodl
Check #3-01CV2090 CRD
Here is copies
of cks for Replacement
$110.00 I have made
a payment every month
Since 7-1-01

Period: 10/18/2001 to 11/15/2001          Account 2476011

# Bank Of Louisville

**MidAmerica** Bancorp

---

1393
Date 10-15-01
m. Bres                    $ 105.00/100
~~~~~ & five                Dollars
Bill Reto

2476 0 1 1  1393     00000 10 500

10/19/01          $105.00

---

1401
B. NATION
403 OAKRIDGE DRIVE
MT WASHINGTON, KY 40047
Date 08-01
Pay to the
Order of   First Horizon        $ 1115.70/100
Eleven hundred & fifteen        Dollars
0018689067
Bank Of Louisville
For 0018689 067       Bill Nel

08 3000 713   2476 0 1 1  1401    0000 11 570

1401        11/13/01          $1115.70

---

1394
Date 10-12-01
PAC                    $ 507.05/100
~~~~~ & seven           Dollars
Herc
Maslak
Bill Reto

2476 0 1 1  1394     00000 50 705

10/24/01          $507.05

---

1403
B. NATION
403 OAKRIDGE DRIVE
MT WASHINGTON, KY 40047
Date 08-01
Pay to the
Order of   Countrol Journal        $ 42.27/100
Fourty two dollars 27/100          Dollars
Bank Of Louisville
For 5889249 005 0251      Bill Nel

08 3000 713   2476 0 1 1  1403    0000004 227

1403        11/13/01          $42.27

---

1395
Date 10-10-01
JEAN                    $ 200.00/100
~~~~~ Dollars
0053 1033      Bill Nel

2476 0 1 1  1395     00000 20000

10/19/01          $200.00

---

1404
B. NATION
403 OAKRIDGE DRIVE
MT WASHINGTON, KY 40047
Date 08-01
Pay to the
Order of   John Deere Credit        $ 348.80/100
three hundred & foundy eight       Dollars
Bank Of Louisville
For OJ401942616 AA      Bill Nel

08 3000 713   2476 0 1 1  1404    0000034 880

1404        11/13/01          $348.80

---

1396
Date 10-12-01
River Electric        $ 167.57/100
~~~~~ & sixty seven 57/100  Dollars
602                    Bill Nel

2476 0 1 1  1396     00000 16 757

10/18/01          $167.57

---

1405
B. NATION
403 OAKRIDGE DRIVE
MT WASHINGTON, KY 40047
Date 10-8-01
Pay to the
Order of   National City Bank        $ 239.22/100
two hundred & thirty nine 22/100   Dollars
Bank Of Louisville
For 01-656-000 790 1405      Bill Nel

08 3000 713   2476 0 1 1  1405    0000 23 922

1405        11/13/01          $239.22

---

1397

Period:    11/14/2001 To 12/12/2001          Account:24760111

RE. USA VS
MACK ya Look st.tl
CASC #
3-OICL2090 (pci)

# Bank Of Louisville

## MidAmerica Bancorp



---

| | |
|---|---|
| 1402 | 1411 |
| 11/14/01    $400.00 | 1411    12/12/01    $170.60 |
| 1406 | 1412 |
| 12/11/01    $800.00 | 1412    12/10/01    $1115.70 |
| 1407 | 1413 |
| 12/10/01    $30.66 | 1413    12/10/01    $348.80 |
| 1408 | 1414 |
| 12/11/01    $500.00 | 1414    12/10/01    $239.22 |
| 1409 | 1415 |

RE. USA VS. MADE YA LOOK, et al
CASE # 3-01CV2090 (PCD)

Down payment on Replacement tractor for the one you seized

PAGE 3                                    Period:    6/19/2001 To 7/17/2001

# Bank Of Louisville
### MidAmerica Bancorp



1322        06/27/01        $2000.00

1323        06/27/01        $1000.00

1325        06/20/01        $180.00



# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **United States of America** | **3:01CV2090(PCD)** |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| **37.5 Foot Baja Sport CRuiser, et al** | **Verified Complaint of Forfeiture\*** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

**William Nation**

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

**403 Oak Ridge Drive, MT. Washington, KY 40047**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| **Julie G. Turbert**<br>**Assistant U.S. Attorney**<br>**P.O. Box 1824 N**<br>**New Haven, CT 06508** | NUMBER OF PROCESS TO BE<br>SERVED IN THIS CASE. |
| | NUMBER OF PARTIES TO BE<br>SERVED IN THIS CASE. **#2** |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

**\*Warrant of Arrest in Rem, Legal Notice**

| Signature of Attorney or other Originator requesting service on behalf of [x] PLAINTIFF [ ] DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|
| **Julie G. Turbert** | **(203) 821-3700** | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|
| | | | | |

I HEREBY CERTIFY AND RETURN THAT [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE / TIME OF SERVICE [ ] AM [ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY |

REMARKS:

TD F 90-22.48  (6/96)

**BLUE COPY - LEAVE AT PLACE OF SERVICE**