UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No.  3:01CV02090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | : | |
| | : | April 12, 2004 |
| [CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | : | |

MOTION FOR DEFAULT JUDGMENT AGAINST
<u>CHRISTOPHER AND/OR LISA PHEFFER, AND DEBBIE KERPEN</u>

The United States of America, hereby moves for Default Judgment, and represents as follows:

On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of twenty defendant assets, consisting of a motorboat, a Ford Expedition, a horse trailer, a John Deere tractor, and sixteen items of currency ("Defendants 1 - 20").  The Complaint alleges that the Defendants 1 - 20 were involved in transactions or attempted transaction in violation of 18 U.S.C. § 1956 , or represent property which constitutes or is derived from proceeds traceable to violation of 18 U.S.C. § 1952, or constitute property derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely racketeering in violation of 18 U.S.C. § 1952, or conspiracy to commit such offense, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

On November 20, 27, and December 4, 2001, notice of this action was published in the <u>New Haven Register</u> newspaper.

On December 3, 2001, Christopher Pfeffer waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

On December 26, 2001, William Bloss, attorney for Debbie C. Kerpen, waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

No claim, answer or other defense having been filed by Christopher and/or Lisa Pheffer, and Debbie Kerpen in this case as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States moved to default Christopher and/or Lisa Pheffer, and Debbie C. Kerpen for failure to defend.  On March 16, 2004, the Clerk of the Court granted the United States of America's request and defaulted Christopher and/or Lisa Pheffer, and Debbie C. Kerpen.

The United States now moves for entry of a default judgment in accordance with the Court's default of Christopher and/or Lisa Pheffer and Debbie C. Kerpen.  A proposed Default Judgment is submitted herewith.

           Respectfully submitted,

           KEVIN J. O'CONNOR
           UNITED STATES ATTORNEY

           DAVID X. SULLIVAN
           ASSISTANT U.S. ATTORNEY
           P.O. BOX 1824
           NEW HAVEN, CT  06508
           (203) 821-3700
           FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Default Judgment Against Christopher and/or Lisa Pheffer, and Debbie C. Kerpen and proposed Default Judgment has been mailed, postage prepaid, this 12th day of April, 2004, to:

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher and/or Lisa Pheffer
1250 Dunbar Hill Road
Hamden, CT 06514

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY