UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01CV02090 (JCH) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | : | |
| | : | April 12, 2004 |
| | : | |
| [CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | : | |

REQUEST TO ENTER DEFAULT
AGAINST KAY ANDREWS

To:  Clerk of the Court

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure Against Kay Andrews for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  In support of this request, the United States relies on