UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01CV02090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | : | |
| | : | |
| [CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | : | |

DECLARATION IN SUPPORT OF REQUEST TO ENTER
DEFAULT AGAINST KAY ANDREWS

1. I am an Assistant United States Attorney and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

2. On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of twenty defendant assets, consisting of a motorboat, a Ford Expedition, a horse trailer, a John Deere tractor, and sixteen items of currency ("Defendants 1 - 20"). The Complaint alleges that the Defendants 1 - 20 were involved in transactions or attempted transaction in violation of 18 U.S.C. § 1956 , or represent property which constitutes or is derived from proceeds traceable to violation of 18 U.S.C. § 1952, or constitute property derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely

1

racketeering in violation of 18 U.S.C. § 1952, or conspiracy to commit such offense, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Pursuant to Warrants of Arrest <u>In Rem</u> issued by this Court on November 8, 2001, all persons interested in the Defendants 1- 20 were required to file their claims with the Clerk of the Court within thirty days (30) of the execution of the Warrants of Arrest <u>In Rem</u>, publication of the legal notice, or actual notice of this action, whichever occurred first.

4. The Internal Revenue Service Criminal Investigation Division for the District of Connecticut seized Defendants 1- 20 on November 20, 2001, and notice of said forfeiture action was published in the <u>New Haven Register</u> newspaper on November 20, 27, and December 4, 2001.

5. On December 3, 2001, Christopher Pfeffer waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

6. On December 5, 2001, Robert Kerpen waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

7. On December 26, 2001, William M. Bloss, attorney for Debbie C. Kerpen waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

8. On or about May 9, 2002, James J. Tancredi, attorney for Ford Motor Credit Company waived service of the Verified Complaint of Forfeiture and 20 Warrants of Arrest in Rem.

9. On or about March 3, 2004, the Internal Revenue Service, Criminal Investigation Division personally served William Nation with the Verified Complaint of Forfeiture and one Warrant of Arrest in Rem.

10. On or about March 4, 2004, the Internal Revenue Service, Criminal Investigation Division personally served Kay Andrews with the Verified Complaint of Forfeiture and one Warrant of Arrest in Rem.

11. On March 16, 2004 this Court granted Plaintiff's motion for entry of default against Robert C. Kerpen, Christopher and/or Lisa Pfeffer, and Debbie C. Kerpen.

12. On or about March 23, 2004, William Nation filed his statement of interest to the Verified Complaint of Forfeiture.

13. On or about March 26, 2004, Robert Kerpen filed a Seized Asset Claim.

14. Kay Andrews has failed to a file claim or answer within the time permitted by Rule C of Supplemental Rules for Certain Admiralty and Maritime Claims.

14. Declarant knows of no reason why a default against Kay Andrews having an interest in the Defendants 1 - 20 should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 12th day of April, 2004.

_____

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Declaration in Support of Request to Enter Default Against Kay Andrews has been mailed, postage prepaid, this 12th day of April, 2004, to:

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher Pferrer
1250 Dunbar Hill Road
Hamden, CT 06514

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY