**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
APR 15 9 47 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA

-vs-

Civil No. 3:01 cv 2090 (PCD)

(1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET ALS

ENDORSEMENT ORDER

Plaintiff's motion for entry of default against claimant Kay Andrews (Doc. #23), is hereby GRANTED.

Default is hereby entered pursuant to Rule 55(a) FRCP, against claimant Kay Andrews. A Motion for Default Judgment shall be filed within 30 days or dismissal will enter pursuant to Rule 41(a) FRCP.

SO ORDERED.

Dated at New Haven, Connecticut, April 15, 2004.

KEVIN F. ROWE, CLERK

By Patricia A. Villano
Patricia A. Villano
Deputy Clerk