## ANSWER TO THE COMPLAINT

Robert Kerpen Jr. pro se
P. O. Box 263
North Haven, CT  06473

Clerk of the Court
141 Church Street
New Haven, CT  06510

Re;  US. v 37.5 Baja Sports Cruiser, et al
     Civil No. 3:01CV2090 (PCD)

By seizing assets, or that portion of assets held or owned prior to the year 1994, the US. has in effect placed the property owner in double jeopardy. By imposing additional penalties on top of a 1994 conviction, sentencing, fine and paid debt to society.

This investigation covers a period of time from 1994 to the year 2000. The complaint stated that during this time Robert Kerpen Jr. showed no substantial amount of income from other (legal) sources. There was some income from legal sources. Return of this legal portion of the seized assets on which taxes were paid, is the relief sought.

I attest and declare under the penalty of perjury that My claim to this property or portion thereof is not frivolous, and is true and correct to the best of my knowledge.

_____
Robert Kerpen Jr.

4/19/2004
Dated

Copy sent to:

Kevin J. O'Connor
US Attorney
157 Church Street
New Haven, CT  06510

Certified this Appearance
was mailed to above.

_____
ROBERT KERPEN