SIEZED ASSET CLAIM

FILED

Apr 15  2 50 PM '04

April 15, 2004
NEW HAVEN, CONN.

Comes Robert C. Kerpen Jr.
      P.O.Box 263
      North Haven, Ct. 06473

re; U.S. v 37.5 Ft.Baja Cruiser, et al.
      Civil No. 3:01CV2090(PCD)

Clerk of Court
141 Church St.
New Haven, Ct.

      I claim an interest in the below listed items:


Baja Sports Cruiser ID# AGCB5523J889
A.G. Edwards and Sons account# 234-146408
A.G. Edwards and Sons account# 234-146246
First Union bank account# 2000002720768
Fleet bank account# 885338864
$1400 in cash removed from my person by task force.


   Documents, titles, registrations, bills of sale, etc
impounded by regional task force or the IRS, and therefore
unavailable.


   Relief sought: Return Items.

   I attest and declare under penalty of perjury that my claim
to this property is not frivolous.
   It is true and correct to yhe best of my knowledge.



_Robert Kerpen_                          _4/15/04_
Robert Kerpen Jr.                        Date



COPY SENT CERTIFIED TO:

      KEVIN J. O'CONNOR
      US DISTRICT
      STATES ATTORNEY
      157 CHURCH STREET BOX 1824
      NEW HAVEN .CT. 06510          Robert Kerpen