UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01CV02090 (JCH) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | : | |
| | : | April 26, 2004 |
| | : | |
| [CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | : | |

REQUEST TO ENTER DEFAULT
AGAINST WILLIAM NATION

To: Clerk of the Court,

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure Against William Nation for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. In support of this request, the United States relies on

the accompanying Declaration in Support of Request to Enter Default Against William Nation.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    DAVID X. SULLIVAN
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to Enter Default Against William Nation has been mailed, postage prepaid, this 26th day of April, 2004, to:

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St
New Haven, CT 06503-0001

James J. Tancredi
Ford Motor Credit Company
9009 Carothers Parkway
Mail Drop 600
Franklin, TN 37067

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Christopher Pferrer
1250 Dunbar Hill Road
Hamden, CT 06514

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Kay Andrews
280-29 Zoar Road
Charlemont, MA 01367

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY