UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
| : | |
| v.    : | Civil No. 3:01CV02090 (PCD) |
| : | |
| (1) ONE 37.5 FOOT BAJA SPORT  : | |
| CRUISER MOTORBOAT, ID NO.    : | |
| AGCB5523J889, NAMED "MADE YA  : | |
| LOOK," WITH ALL APPURTENANCES  : | |
| AND ATTACHMENTS THEREON,    : | |
| ET AL    : | |
| : | April 26, 2004 |
| [CLAIMANTS: DEBBIE C. KERPEN,  : | |
| A/K/A DEBORAH KERPEN,    : | |
| KAY F. ANDREWS, WILLIAM    : | |
| NATION, ROBERT C. KERPEN, JR.,  : | |
| CHRISTOPHER AND/OR LISA    : | |
| PFEFFER, AND FORD MOTOR    : | |
| CREDIT COMPANY]    : | |

MOTION FOR DEFAULT JUDGMENT
AGAINST KAY ANDREWS

The United States of America, hereby moves for Default Judgment, and represents as follows:

On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of twenty defendant assets, consisting of a motorboat, a Ford Expedition, a horse trailer, a John Deere tractor, and sixteen items of currency ("Defendants 1 - 20"). The Complaint alleges that the Defendants 1 - 20 were involved in transactions or attempted transaction in violation of 18 U.S.C. § 1956, or represent property which constitutes or is derived from proceeds traceable to violation of 18 U.S.C. § 1952, or constitute property derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely racketeering in violation of 18 U.S.C. § 1952, or conspiracy to commit such offense, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).