**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

-vs-                                                            Civil No. 3:01 cv 2090 (PCD)

(1) ONE 37.5 FOOT BAJA SPORT CRUISER
MOTORBOAT, ET ALS

ORDER ON MOTION TO ENTER DEFAULT

Plaintiff's motion to enter default against William Nation is DENIED in light of his claim filed on March 30, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, April 30, 2004.

                                        KEVIN F. ROWE
                                        Clerk, U.S. District Court

                          By / s/ _____
                                Patricia A. Villano
                                Deputy Clerk