UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.

(1) ONE 37.5 FOOT BAJA SPORT
CRUISER MOTORBOAT, ID NO.
AGCB5523J889, NAMED "MADE YA
LOOK," WITH ALL APPURTENANCES
AND ATTACHMENTS THEREON,
ET AL

[CLAIMANTS: DEBBIE C. KERPEN,
A/K/A DEBORAH KERPEN,
KAY F. ANDREWS, WILLIAM
NATION, ROBERT C. KERPEN, JR.,
CHRISTOPHER AND/OR LISA
PFEFFER, AND FORD MOTOR
CREDIT COMPANY]

FILED

2004 MAY 11  P 12: 38

Civil No. 3:01CV02090(PCD)
NEW HAVEN, CONN.

## DEFAULT JUDGMENT

Upon entry of a default against Christopher and/or Lisa Pfeffer, and Debbie C. Kerpen for failure to file a claim or answer or otherwise defend as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims on March 16, 2004, and there having been no request to set aside said default,

It is hereby ORDERED, ADJUDGED, and DECREED:

That default judgment is hereby entered against Christopher and/or Lisa Pfeffer, and Debbie C. Kerpen for failure to defend.

SO ORDERED at New Haven, Connecticut, this 11th day of May, 2004.

_____
HONORABLE PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE