UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Case No. 3:01cv2090 (PCD)<br>: |
| ONE 37.5 FOOT BAJA SPORT<br>    CRUISER MOTORBOAT,<br>    ID #AGCB5523J889, NAMED<br>    "MADE YA LOOK," WITH ALL<br>    APPURTENANCES AND<br>    ATTACHMENTS THEREON,<br>    et al,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### RULING ON GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AGAINST CHRISTOPHER AND/OR LISA PFEFFER AND DEBBIE KERPEN

On March 16, 2004, the United States of America's motion for default against claimants Robert C. Kerpen, Christopher and/or Lisa Pfeffer, and Debbie C. Kerper was granted [Doc. No. 18]. The United States now moves for default judgment against claimants Christopher and/or Lisa Pfeffer and Debbie Kerpen.[1] The United States of America's motion for entry of default judgment [Doc. No. 22] is **granted** absent opposition.

SO ORDERED.

Dated at New Haven, Connecticut, May  11 , 2004.

/s/

Peter C. Dorsey
United States District Judge

---

[1] The docket indicates that Robert C. Kerpen filed an answer to the complaint on April 19, 2004 [Doc. No. 26].