## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | :Case No. 3:01cv2090 (PCD) | |
| | : | |
| ONE 37.5 FOOT BAJA SPORT | : | |
| CRUISER MOTORBOAT, | : | |
| ID #AGCB5523J889, NAMED | : | |
| "MADE YA LOOK," WITH ALL | : | |
| APPURTENANCES AND | : | |
| ATTACHMENTS THEREON, | : | |
| et al, | : | |
| Defendants. | : | |
| | : | |

### RULING ON GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AGAINST KAY ANDREWS

On April 15, 2004, the United States of America's motion for default against claimant

Kay Andrews was granted [Doc. No. 25].  The United States now moves for default judgment

against Andrews.  The United States of America's motion for entry of default judgment [Doc.

No. 30] is **granted** absent opposition.

SO ORDERED.

Dated at New Haven, Connecticut, May  17 , 2004.

_____
                                                                    /s/


                                                        Peter C. Dorsey
                                                        United States District Judge