UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       VS.                                 CASE NO. 3:01 cv 2090 (PCD)

MADE YA LOOK, ET ALS

### NOTICE TO COUNSEL

Default under Fed. R. Civ. P. 55(a) having been entered on May 17, 2004, against the defendant Kay Andrews and plaintiff not having moved for default judgment under Fed. R. Civ. P. 55(b), the Court shall dismiss all claims asserted as against the defendant Kay Andrews under Fed. R. Civ. P. 41(b) unless within thirty (30) days hereof Plaintiff moves for default judgment as to the defendant Kay Andrews.

Dated at New Haven, Connecticut this 20th day of July, 2004.

KEVIN F. ROWE, CLERK


BY: /s/ _____
       Patricia A. Villano
       Deputy Clerk