On November 20, 27, and December 4, 2001, notice of this action was published in the <u>New Haven Register</u> newspaper.

On March 4, 2004, the Internal Revenue Service personally served Kay Andrews with the Verified Complaint of Forfeiture and aWarrant of Arrest in Rem.

No claim, answer or other defense having been filed by Kay Andrews in this case as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States moved to default Kay Andrews for failure to defend. On May 17, 2004, the Clerk of the Court granted the United States of America's request and defaulted Kay Andrews.

The United States now moves for entry of a default judgment in accordance with the Court's default of Kay Andrews. A proposed Default Judgment is submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    DAVID X. SULLIVAN
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct03793