UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :Case No. 3:01cv2090 (PCD) |
| ONE 37.5 FOOT BAJA SPORT<br>    CRUISER MOTORBOAT,<br>    ID #AGCB5523J889, NAMED<br>    "MADE YA LOOK," WITH ALL<br>    APPURTENANCES AND<br>    ATTACHMENTS THEREON,<br>et al,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### RULING ON GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AGAINST KAY ANDREWS

On May, 2004, the United States of America's motion for default against claimant Kay Andrews was granted [Doc. No. 25]. The United States moved for default judgment against Andrews, and on May 17, 2004 its motion was granted absent opposition [Doc. No. 34]. The Government has filed another motion for default judgment against Kay Andrews. Because default judgment has already been granted [Doc. No. 34] the Government's motion [Doc. No. 36] is **denied** as moot.

SO ORDERED.

Dated at New Haven, Connecticut, August 31, 2004.

_____
Peter C. Dorsey
United States District Judge