UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No.  3:01CV02090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

(7) $4,171.23 SEIZED FROM ACCOUNT : \
NUMBER 234-147803, HELD IN THE : \
NAME OF KAY F. ANDREWS, AT : \
A.G. EDWARDS & SONS, : \
: \
(8) $11,357.63 SEIZED FROM ACCOUNT : \
NUMBER 234-185330, HELD IN THE : \
NAME OF DEBBIE KERPEN, AT : \
A.G. EDWARDS & SONS, : \
: \
(9) $3,781.84 SEIZED FROM ACCOUNT : \
NUMBER 1030004443687, HELD IN THE : \
NAME OF DEBBIE KERPEN, AT : \
FIRST UNION BANK, : \
: \
(10) $15,178.35 SEIZED FROM : \
ACCOUNT NUMBER 2000002721262, : \
HELD IN THE NAME OF DEBS, INC., : \
AT FIRST UNION BANK, : \
: \
(11) $15,362.38 SEIZED FROM : \
ACCOUNT NUMBER 2000002720755, : \
HELD IN THE NAME OF DEB'S : \
PAYROLL, AT FIRST UNION BANK, : \
: \
(12) $321.48 SEIZED FROM ACCOUNT : \
NUMBER 2000002720768, HELD IN : \
THE NAME OF DIAMOND D RANCH, : \
AT FIRST UNION BANK, : \
: \
(13) $20,839.25 SEIZED FROM : \
ACCOUNT NUMBER 815-64770, : \
HELD IN THE NAME OF DEB'S, INC., : \
AT FLEET BANK, FORMERLY : \
BANKBOSTON, : \
: \
(14) $1,696.23 SEIZED FROM : \
ACCOUNT NUMBER 814-87945, : \
HELD IN THE NAME OF DEB'S : \
PAYROLL, AT FLEET BANK, : \
FORMERLY BANKBOSTON, :

| | |
|---|---|
| (15) $4,724.49 SEIZED FROM ACCOUNT NUMBER 885-38864, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (16) $4,758.13 SEIZED FROM ACCOUNT NUMBER 815-68427, HELD IN THE NAME OF DIAMOND D RANCH, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : |
| (17) $1,086.20 SEIZED FROM ACCOUNT NUMBER 542-53155, HELD IN THE NAME OF DEB'S, INC., D/B/A THE LADY CAN CLEAN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (18) $1,188.95 SEIZED FROM ACCOUNT NUMBER 542-53168, HELD IN THE NAME OF DEB'S, INC., D/B/A BONNIE'S PET INN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (19) $2,149.34 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, | : : : : : |
| AND | : : |
| (20) $2,567.51 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEB'S, INC., AT FIRST UNION BANK. | : : : : : |
| Defendants, | : : |
| [CLAIMANT: ROBERT C. KERPEN, JR.] | : |

STIPULATION FOR RELEASE OF PROPERTY
AND FOR COMPROMISE SETTLEMENT
AND FORFEITURE AS TO DEFENDANTS NUMBERED 1, 5, 6, 12, AND 15

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the PLAINTIFF and the Pro Se CLAIMANT, ROBERT C. KERPEN ("CLAIMANT"), and his agents, subrogees, successors, and assigns, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

1. CLAIMANT hereby warrants that he is the sole owner of the Defendants Numbered 5, 6, 12 and 15 (Currency Defendants), which were seized on or about April 6, 2004, by the Internal Revenue Service Criminal Investigation, and that he claims exclusive right, title and interest to the Currency Defendants.

2. That the UNITED STATES agrees to return to the CLAIMANT, ROBERT C. KERPEN, Currency Defendant Numbered 6 ($2,287.98 seized from account number 234-146408 held at A.G. Edwards & Sons), Currency Defendant Numbered 12 ($321.48 seized from account number 2000002720769 held at First Union Bank), $3,490.54 of Currency Defendant Numbered 5 ($3,972.46 seized from account number 234-146246 at A.G. Edwards & Sons), and approximately $1,400.00 seized from ROBERT C. KERPEN by the Fairfield Police Department.

3. CLAIMANT, ROBERT C. KERPEN, agrees to the forfeiture of Motorboat Defendant Numbered 1 (one 37.5 foot Baja Sport Cruiser Motorboat), $481.92 of Currency Defendant Numbered 5 ($3,972.46 seized from account number 234-146246, at A.G. Edwards &

4

Sons), and Currency Defendant Numbered 15 ($4,724.49 seized from account number 88-38864 held at Fleet Bank), to the United States of America, to be disposed of according to law.

    4.    CLAIMANT further agrees that neither he nor any current or future officers, agents, representatives, subrogees, assigns or successors of CLAIMANT shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of Motorboat Defendant Numbered 1 (one 37.5 foot Baja Sport Cruiser Motorboat), $481.92 of Currency Defendant Numbered 5 ($3,972.46 seized from account number 234-146246, at A.G. Edwards & Sons), and Currency Defendant Numbered 15 ($4,724.49 seized from account number 88-38864 held at Fleet Bank), to the UNITED STATES as provided in Paragraph 3 above. CLAIMANT further consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

    5.    CLAIMANT hereby releases and forever discharges the United States of America, the Internal Revenue Service, the Fairfield Police Department, the Hamden Police Department, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, forfeiture, and release by the United States of America of the Motorboat and Currency Defendants.

    6.    CLAIMANT further agrees to hold and save the United States of America, the Internal Revenue Service, the Fairfield Police Department, the Hamden Police Department, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character

whatsoever, in connection with the seizure, detention, forfeiture and release of Motorboat and Currency Defendants.

      7.      This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

8. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
DATE

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct03793

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

_____
DATE

_____
ROBERT C. KERPEN
CLAIMANT, PRO SE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Release of Property, and for Compromise Settlement and Forfeiture, and proposed Order have been mailed, postage prepaid, on this 15th day of December, 2004, to:

Robert C. Kerpen
P.O. Box 263
North Haven, CT 06473

                                                DAVID X. SULLIVAN
                                                ASSISTANT U.S. ATTORNEY