UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01cv2090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS, :

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS, :

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK, :

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK, :

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, :

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK, :

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON, :

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (15) $4,724.49 SEIZED FROM ACCOUNT NUMBER 885-38864, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : |
| (16) $4,758.13 SEIZED FROM ACCOUNT NUMBER 815-68427, HELD IN THE NAME OF DIAMOND D RANCH, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : |
| (17) $1,086.20 SEIZED FROM ACCOUNT NUMBER 542-53155, HELD IN THE NAME OF DEB'S, INC., D/B/A THE LADY CAN CLEAN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (18) $1,188.95 SEIZED FROM ACCOUNT NUMBER 542-53168, HELD IN THE NAME OF DEB'S, INC., D/B/A BONNIE'S PET INN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (19) $2,149.34 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, | : : : : : |
| AND, | : |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (20) $2,567.51 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEB'S, INC., AT FIRST UNION BANK.<br><br>[CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    June 22, 2005 |

DECLARATION IN SUPPORT OF REQUEST TO ENTER
DEFAULT AGAINST WILLIAM NATION

1.  I am an Assistant United States Attorney and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

2.  On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant Assets 1 through 20, listed above ("Defendant Assets"). The Complaint alleges that the Defendant Assets were involved in a transaction or attempted transaction, or traceable thereto, in violation of 18 U.S.C. § 1956, or represents property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952 or to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7), namely racketeering in violation of 18 U.S.C. 1952 or conspiracy to commit such offense.

3.   Pursuant to a Warrants of Arrest In Rem issued by this Court on November 8, 2001, all persons interested in the Defendant Assets were required to file their claims with the Clerk of the Court within ten days (10) of the execution of the Warrants of Arrest In Rem, publication of the legal notice, or actual notice of this action, whichever occurred first.

4.   The Internal Revenue Service seized the Defendant Assets on November 20, 2001, and notice of said forfeiture action was published in the New Haven Register newspaper on November 20, 27 and December 4, 2001.

5.   On March 4, 2004, Internal Revenue Service, Criminal Investigation Division personally served William Nation with the Verified Complaint of Forfeiture and Warrant of Arrest in Rem.

6.   On March 30, 2004 Claimant William Nation filed a Claim as to Defendant Number 4, one 4 X 4 John Deere Tractor Model 870.

7.   On October 15, 2004, Plaintiff noticed Claimant William Nation's Deposition for November 3, 2004 which required him to appear in the District of Connecticut and provide sworn testimony in the above-captioned case.  See Exhibit A, attached hereto.

8.   On November 4, 2004, Claimant William Nation faxed to the United States Attorney's Office for the District of Connecticut a Withdrawal of Claim as to the Defendant John Deere Tractor.  See Exhibit B, attached hereto.

9.   As a result of his written withdrawal of claim and oral representations to the Government, William Nation was no longer required to appear on November 4, 2004 to be deposed by the Plaintiff United States of America in this case.

10.	On or about January 2005, Claimant William Nation wrote to the Honorable Stephen J. Underhill who presided over the criminal case <u>United States v. Deborah Kerpen</u> attempting to reassert his claim to the Defendant John Deere Tractor in the above-captioned civil asset forfeiture case.  See Exhibit C, attached hereto.

11.	At the direction of Judge Underhill's chambers, the undersigned Assistant United States Attorney contacted William Nation to schedule a telephonic conference with Judge Underhill, Mr. Nation and the undersigned.

12.	On February 23, 2005, a telephonic conference was held and Judge Underhill advised the parties that he was referring this matter to the Honorable Peter C. Dorsey, who is presiding over the above-captioned civil forfeiture case..

13.	Declarant knows of no reason why a default against William Nation should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 22nd day of June, 2005.

_____                                    	_____
                                         	DAVID X. SULLIVAN
                                         	ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Declaration In Support of Request to Enter Default Against William Nation has been mailed, postage prepaid, this 22nd day of June, 2005, to:

William Nation
403 Oak Ridge Road
Mt. Washington, KY 40047

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

 

DAVID X. SULLIVAN
ASSISTANT  U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793