UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Civil No. 3:01CV02090 (JCH) |
| : | |
| (1) ONE 37.5 FOOT BAJA SPORT : | |
| CRUISER MOTORBOAT, ID NO. : | |
| AGCB5523J889, NAMED "MADE YA : | |
| LOOK," WITH ALL APPURTENANCES : | |
| AND ATTACHMENTS THEREON, : | |
| ET AL : | October 15, 2004 |
| : | |
| [CLAIMANTS: WILLIAM NATION, : | |
| AND ROBERT C. KERPEN, JR.] : | |

RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the United States of America will take the deposition upon oral examination of the Claimant William Nation before an officer authorized by law to administer oaths, at the United States Attorney's Office, 157 Church Street, 23rd Floor, New Haven, Connecticut on Wednesday November 3, 2004, beginning at 10:00 a.m. You are invited to attend and cross-examine.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct03793



GOVERNMENT'S EXHIBIT A

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Re-Notice of Deposition has been mailed, postage prepaid, this 15th day of October, 2004, to:

William Nation
403 Oak Ridge Drive
Mt. Washington, KY 40047

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY