UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                :
                                         :
        v.                               :        Civil No.  3:01cv2090 (PCD)
                                         :
(1) ONE 37.5 FOOT BAJA SPORT             :
CRUISER MOTORBOAT, ID NO.                :
AGCB5523J889, NAMED "MADE YA             :
LOOK," WITH ALL APPURTENANCES            :
AND ATTACHMENTS THEREON,                 :
                                         :
(2) ONE 2000 FORD EXPEDITION,            :
VIN 1FMPU18L3YLB96416, WITH ALL          :
APPURTENANCES AND                        :
ATTACHMENTS THEREON,                     :
                                         :
(3) ONE 2000 HART TWO-HORSE              :
TRAILER, SERIAL NO.                      :
1H9EH1429Y1051589, WITH ALL              :
APPURTENANCES AND                        :
ATTACHMENTS THEREON,                     :
                                         :
(4) ONE 4x4 JOHN DEERE TRACTOR,          :
MODEL 870, SERIAL NO.                    :
M00870B170995, WITH BUCKET,              :
SERIAL NO. W00440X18074,                 :
WITH ALL APPURTENANCES AND               :
ATTACHMENTS THEREON,                     :
                                         :
(5) $3,972.46 SEIZED FROM                :
ACCOUNT NUMBER 234-146246,               :
HELD IN THE NAME OF DEBORAH              :
AND ROBERT KERPEN,                       :
AT A.G. EDWARDS & SONS,                  :
                                         :
(6) $2,287.98 SEIZED FROM ACCOUNT        :
NUMBER 234-146408, HELD IN THE           :
NAME OF ROBERT KERPEN, AT                :
A.G. EDWARDS & SONS,                     :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT      :
NUMBER 234-147803, HELD IN THE          :
NAME OF KAY F. ANDREWS, AT              :
A.G. EDWARDS & SONS,                    :
                                        :
(8) $11,357.63 SEIZED FROM ACCOUNT :
NUMBER 234-185330, HELD IN THE          :
NAME OF DEBBIE KERPEN, AT               :
A.G. EDWARDS & SONS,                    :
                                        :
(9) $3,781.84 SEIZED FROM ACCOUNT      :
NUMBER 1030004443687, HELD IN THE :
NAME OF DEBBIE KERPEN, AT               :
FIRST UNION BANK,                       :
                                        :
(10) $15,178.35 SEIZED FROM             :
ACCOUNT NUMBER 2000002721262,           :
HELD IN THE NAME OF DEBS, INC.,         :
AT FIRST UNION BANK,                    :
                                        :
(11) $15,362.38 SEIZED FROM             :
ACCOUNT NUMBER 2000002720755,           :
HELD IN THE NAME OF DEB'S               :
PAYROLL, AT FIRST UNION BANK,           :
                                        :
(12) $321.48 SEIZED FROM ACCOUNT        :
NUMBER 2000002720768, HELD IN           :
THE NAME OF DIAMOND D RANCH,            :
AT FIRST UNION BANK,                    :
                                        :
(13) $20,839.25 SEIZED FROM             :
ACCOUNT NUMBER 815-64770,               :
HELD IN THE NAME OF DEB'S, INC.,        :
AT FLEET BANK, FORMERLY                 :
BANKBOSTON,                             :
                                        :
(14) $1,696.23 SEIZED FROM              :
ACCOUNT NUMBER 814-87945,               :
HELD IN THE NAME OF DEB'S               :
PAYROLL, AT FLEET BANK,                 :
FORMERLY BANKBOSTON,                    :
                                        :

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(15) $4,724.49 SEIZED FROM            :
ACCOUNT NUMBER 885-38864,            :
HELD IN THE NAME OF DEBORAH          :
AND ROBERT KERPEN,                   :
AT FLEET BANK, FORMERLY              :
BANKBOSTON,                          :
                                     :
(16) $4,758.13 SEIZED FROM           :
ACCOUNT NUMBER 815-68427,            :
HELD IN THE NAME OF DIAMOND          :
D RANCH, AT FLEET BANK,              :
FORMERLY BANKBOSTON,                 :
                                     :
(17) $1,086.20 SEIZED FROM           :
ACCOUNT NUMBER 542-53155,            :
HELD IN THE NAME OF DEB'S, INC.,     :
D/B/A THE LADY CAN CLEAN,            :
AT FLEET BANK, FORMERLY              :
BANKBOSTON,                          :
                                     :
(18) $1,188.95 SEIZED FROM           :
ACCOUNT NUMBER 542-53168,            :
HELD IN THE NAME OF DEB'S, INC.,     :
D/B/A BONNIE'S PET INN,              :
AT FLEET BANK, FORMERLY              :
BANKBOSTON,                          :
                                     :
(19) $2,149.34 SEIZED FROM           :
ACCOUNT NUMBER 2000002720755,        :
HELD IN THE NAME OF DEB'S            :
PAYROLL, AT FIRST UNION BANK,        :
                                     :
AND,                                 :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(20) $2,567.51 SEIZED FROM          :
ACCOUNT NUMBER 2000002721262,      :
HELD IN THE NAME OF DEB'S, INC.,   :
AT FIRST UNION BANK.               :
                                   :
[CLAIMANTS: DEBBIE C. KERPEN,      :
 A/K/A DEBORAH KERPEN,             :
 KAY F. ANDREWS, WILLIAM           :
 NATION, ROBERT C. KERPEN, JR.,    :
 CHRISTOPHER AND/OR LISA           :
 PHEFFER, AND  FORD  MOTOR         :
 CREDIT COMPANY]                   :        July 8, 2005


<u>MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM NATION</u>

The United States of America, hereby moves for Default Judgment, and represents as

follows:

1.      On November 8, 2001, a Verified Complaint of Forfeiture was filed for the

forfeiture of the Defendant Assets 1 through 20, listed above ("Defendant Assets").  The

Complaint alleges that the Defendant Assets were involved in a transaction or attempted

transaction, or traceable thereto, in violation of 18 U.S.C. § 1956, or represents property which

constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952 or to enforce

the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is

derived from proceeds traceable to an offense constituting specified unlawful activity" (as

defined in 18 U.S.C. § 1956(c)(7)), namely racketeering in violation of 18 U.S.C. 1952 or

conspiracy to commit such offense.

4

4.      Notice of said forfeiture action was published in the <u>New Haven Register</u> newspaper on November 20, 27, and December 4, 2001.

5.      On March 4, 2004, Internal Revenue Service, Criminal Investigation Division personally served William Nation with the Verified Complaint of Forfeiture and Warrant of Arrest in Rem.

6.      On March 30, 2004, Claimant William Nation filed a Claim as to Defendant Number 4, one 4 X 4 John Deere Tractor Model 870.

7.      On October 15, 2004, Plaintiff noticed Claimant William Nation's Deposition scheduled for November 3, 2004 which required him to appear in the District of Connecticut and provide sworn testimony in the above-captioned case.

8.      On November 4, 2004, Claimant William Nation faxed to the United States Attorney's Office for the District of Connecticut a Withdrawal of Claim as to the Defendant John Deere Tractor.  (Attached hereto as Exhibit A)

9.      As a result of his written withdrawal of claim and oral representations to the Government, William Nation was no longer required to appear on November 3, 2004, to be deposed by the Plaintiff United States of America in this case.

10.      On or about January 2005, Claimant William Nation wrote to the Honorable Stephen J. Underhill, who presided over the criminal case <u>United States v. Deborah Kerpen</u>, attempting to reassert his claim to the Defendant John Deere Tractor in the above-captioned civil asset forfeiture case (Attached hereto as Exhibit B).

11.      At the direction of Judge Underhill's chambers, the Government contacted William Nation to schedule a telephonic conference with Judge Underhill.

12.     On February 23, 2005, during the telephonic conference, Judge Underhill advised the parties that he was referring this matter to the Honorable Peter C. Dorsey, who presides over the above-captioned civil forfeiture case.

13.     As a result of his written withdrawal of claim and oral representations to the Government, William Nation was no longer required to appear on November 3, 2004 to be deposed by the Plaintiff United States of America.

14.     The Government knew of no reason why a default against William Nation should not be entered and therefore filed a Request for Default and Declaration in Support thereof on June 22, 2005.

15.     On June 29, 2005, the Clerk of the Court granted the United States of America's request and defaulted William Nation.

The United States now moves for entry of a default judgment in accordance with the

Court's default of William Nation.  A proposed Default Judgment is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to enter Default against

William Nation has been mailed, postage prepaid, this 8th day of July, 2005, to:

William Nation
403 Oak Ridge Road
Mt. Washington, KY 40047

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

_____    _____
                                            DAVID X. SULLIVAN
                                            ASSISTANT U.S. ATTORNEY
                                            P.O. BOX 1824
                                            NEW HAVEN, CT  06508
                                            (203) 821-3700
                                            FEDERAL BAR # ct03793