UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil No. 3:01CV02090 (PCD) |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | |
| | November 5, 2004 |
| [CLAIMANTS: WILLIAM NATION, ROBERT C. KERPEN, JR.] | |

### CLAIMANT'S WITHDRAWAL OF CLAIM

I, William Nation, hereby withdraw my claim to the Defendant 4x4 John Deere Tractor Model 870, serial No. M00870B170995, dated March 30, 2004, in the above-captioned case. I have no objection to Plaintiff, United States of America, obtaining a Decree of Forfeiture, forfeiting the Defendant Tractor to the United States of America for disposition according to law.

10-4-04
Date

_____
WILLIAM NATION
CLAIMANT, PRO SE

By signing this the District Attorney office agrees that Bill Nation + Bob Kerpen do not have to appear for depositions on John Deere Tractor. Thanks

Bill Nation

GOVERNMENT'S EXHIBIT A