UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01cv2090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS, :

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS, :

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK, :

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK, :

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, :

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK, :

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON, :

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (15) $4,724.49 SEIZED FROM ACCOUNT NUMBER 885-38864, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (16) $4,758.13 SEIZED FROM ACCOUNT NUMBER 815-68427, HELD IN THE NAME OF DIAMOND D RANCH, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : |
| (17) $1,086.20 SEIZED FROM ACCOUNT NUMBER 542-53155, HELD IN THE NAME OF DEB'S, INC., D/B/A THE LADY CAN CLEAN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (18) $1,188.95 SEIZED FROM ACCOUNT NUMBER 542-53168, HELD IN THE NAME OF DEB'S, INC., D/B/A BONNIE'S PET INN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (19) $2,149.34 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, | : : : : : |
| AND | : |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| (20) $2,567.51 SEIZED FROM | : | |
| ACCOUNT NUMBER 2000002721262, | : | |
| HELD IN THE NAME OF DEB'S, INC., | : | |
| AT FIRST UNION BANK. | : | |
| | : | |
| [CLAIMANTS: DEBBIE C. KERPEN, | : | |
| A/K/A DEBORAH KERPEN, WILLIAM | : | |
| NATION, ROBERT C. KERPEN, JR., | : | |
| AND CHRISTOPHER AND/OR LISA | : | |
| PHEFFER] | : | October 17, 2005 |

MOTION FOR PARTIAL DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, and Warrants of Arrest In Rem. A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

    This is to certify that the within and foregoing Motion for Decree of Forfeiture has been mailed, postage pre-paid, this 17th day of October, 2005 to:

William Nation  
403 Oak Ridge Road  
Mt. Washington, KY 40047

Robert Kerpen  
P.O. Box 263  
North Haven, CT 06473

_____  
DAVID X. SULLIVAN  
ASSISTANT U.S. ATTORNEY