UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Civil No. 3:01cv2090 (PCD) |
| | : |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| | : |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| | : |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| | : |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| | : |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : |
| | : |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : |

FILED Oct 17 4 18 PM '05
U.S. DISTRICT COURT
NEW HAVEN, CONN.

FILED Nov 9 5 19 PM '05
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS,

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS,

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK,

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK,

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK,

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK,

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON,

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(15) $4,724.49 SEIZED FROM
ACCOUNT NUMBER 885-38864,
HELD IN THE NAME OF DEBORAH
AND ROBERT KERPEN,
AT FLEET BANK, FORMERLY
BANKBOSTON,

(16) $4,758.13 SEIZED FROM
ACCOUNT NUMBER 815-68427,
HELD IN THE NAME OF DIAMOND
D RANCH, AT FLEET BANK,
FORMERLY BANKBOSTON,

(17) $1,086.20 SEIZED FROM
ACCOUNT NUMBER 542-53155,
HELD IN THE NAME OF DEB'S, INC.,
D/B/A THE LADY CAN CLEAN,
AT FLEET BANK, FORMERLY
BANKBOSTON,

(18) $1,188.95 SEIZED FROM
ACCOUNT NUMBER 542-53168,
HELD IN THE NAME OF DEB'S, INC.,
D/B/A BONNIE'S PET INN,
AT FLEET BANK, FORMERLY
BANKBOSTON,

(19) $2,149.34 SEIZED FROM
ACCOUNT NUMBER 2000002720755,
HELD IN THE NAME OF DEB'S
PAYROLL, AT FIRST UNION BANK,

AND

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(20) $2,567.51 SEIZED FROM  :
ACCOUNT NUMBER 2000002721262,  :
HELD IN THE NAME OF DEB'S, INC.,  :
AT FIRST UNION BANK.  :
:
[CLAIMANTS: DEBBIE C. KERPEN,  :
A/K/A DEBORAH KERPEN,  :
WILLIAM NATION, ROBERT C.  :
KERPEN, JR., AND CHRISTOPHER  :
AND/OR LISA PHEFFER]  :

## PARTIAL DECREE OF FORFEITURE

On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant Assets 1 through 20, listed above ("Defendant Assets"). The Complaint alleges that the Defendant Assets were involved in a transaction or attempted transaction, or traceable thereto, in violation of 18 U.S.C. § 1956, or represents property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952 or to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely racketeering in violation of 18 U.S.C. 1952 or conspiracy to commit such offense.

It appearing that process was fully issued in this action and returned according to law;

Notice of said forfeiture action was published in the New Haven Register newspaper on November 20, 27, and December 4, 2001.

On December 17, 2004, Pro Se Claimant Robert Kerpen entered into a Stipulation of Compromise Settlement with the Plaintiff United States of America, whereby Robert Kerpen withdrew his claims for the following: Defendant Baja Sport Cruiser Motorboat (Defendant Numbered 1); $481.92 of Currency Defendant $3,972.46 seized from account number 234-146246 at A.G. Edwards & Sons (Defendant Numbered 5); and $4,724.49 seized from account number 88-38864 held at Fleet Bank (Defendant Numbered 15).

Pursuant to the Stipulation, Plaintiff United States of America agreed to return to Claimant Robert Kerpen the following: $2,287.98 seized from account number 234-146408 (Defendant Numbered 6); $321.48 seized from account number 2000002720769 held at First Union Bank (Defendant Numbered 12); $3,490.54 of Currency Defendant $3,972.46 seized from account number 234-146246 at A.G. Edwards & Sons (Defendant Numbered 5); and approximately $1,400.00 seized from Robert Kerpen by the Fairfield Police Department.

On February 25, 2004, Deborah Kerpen executed a plea agreement letter with the Government in a related criminal case, United States v. Deborah Kerpen, criminal no. 3:02cr230(SRU), whereby she agreed to the forfeiture of money laundering related assets including those assets named as Defendants Numbered 1 through 20 in the instant action.

On May 11, 2004, a Default Judgment was entered against Christopher and Lisa Pheffer.

On or about January 2005, Claimant William Nation wrote to the Honorable Stephen J. Underhill who presided over the criminal case United States v. Deborah Kerpen attempting to reassert his claim to the Defendant John Deere Tractor (Defendant #4) in the above-captioned civil asset forfeiture case.

On June 22, 2005, Plaintiff United States of America filed a Motion for Default against Claimant William Nation. On June 29, 2005, the Court entered a default against Claimant William Nation. On July 8, 2005, Plaintiff United States of America filed a Motion for Default Judgment, which remains pending. The asset in question (John Deere Tractor, Model 870 (Defendant #4)) is not subject to this Partial Decree of Forfeiture.

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Defendant Assets 1-3 and 5-20 under seizure in this action be and are hereby entered herein; and

ORDERED, ADJUDGED AND DECREED that one 37.5 Foot Baja Sport Cruiser Motorboat, Identification No. AGCB5523J889, named "Made Ya Look;" one 2000 Ford Expedition, VIN 1FMPU18L3YLB96416; one 2000 Hart Two-Horse Hart Horse Trailer, Serial No. 1H9EH1429Y1051589; $3,490.54 seized from account number 234-146246, held in the name of Deborah and Robert Kerpen, at A.G. Edwards & Sons; $4,171.23 seized from account number 234-147803, held in the name of Kay F. Andrews, at A.G. Edwards & Sons; $11,357.63 seized from account number 234-185330, held in the name of Debbie Kerpen, at A.G. Edwards & Sons; $3,781.84 seized from account number 1030004443687, held in the name of Debbie Kerpen, at First Union Bank; $15,178.35 seized from account number 2000002721262, held in the name of Debs, Inc., at First Union Bank; $15,362.38 seized from account number 2000002720755, held in the name of Deb's Payroll, at First Union Bank; $20,839.25 seized from account number 815-64770, held in the name of Deb's, Inc. at Fleet Bank, formerly BankBoston; $1,696.23 seized from account number 814-87945, held in the name of Deb's Payroll, at Fleet Bank, formerly BankBoston; $4,724.49 seized from account number 885-38864, held in the

name of Deborah and Robert Kerpen, at Fleet Bank, formerly BankBoston; $4,758.13 seized from account number 815-68427, held in the name of Diamond D Ranch, at Fleet Bank, formerly BankBoston; $1,086.20 seized from account number 542-53155, held in the Name of Deb's, Inc., d/b/a the Lady Can Clean, at Fleet Bank, formerly BankBoston; $1,188.95 seized from account number 542-53168, held in the Name of Deb's, Inc., d/b/a Bonnie's Pet Inn, at Fleet Bank, formerly BankBoston; $2,149.34 seized from account number 2000002720755, held in the name of Deb's Payroll at First Union Bank; and $2,567.51 seized from account number 2000002721262, held in the name of Deb's, Inc. at First Union Bank be forfeited to the United States of America and disposed of according to law and the remaining $6,100.00 be returned to Robert Kerpen as stipulated.

Dated this 9th day of November, 2005.

PETER C. DORSEY
UNITED STATES DISTRICT JUDGE