UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01cv2090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS, :

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS, :

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK, :

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK, :

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, :

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK, :

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON, :

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(15) $4,724.49 SEIZED FROM                    :
ACCOUNT NUMBER 885-38864,                     :
HELD IN THE NAME OF DEBORAH                   :
AND ROBERT KERPEN,                            :
AT FLEET BANK, FORMERLY                       :
BANKBOSTON,                                   :
                                              :
(16) $4,758.13 SEIZED FROM                    :
ACCOUNT NUMBER 815-68427,                     :
HELD IN THE NAME OF DIAMOND                   :
D RANCH, AT FLEET BANK,                       :
FORMERLY BANKBOSTON,                          :
                                              :
(17) $1,086.20 SEIZED FROM                    :
ACCOUNT NUMBER 542-53155,                     :
HELD IN THE NAME OF DEB'S, INC.,              :
D/B/A THE LADY CAN CLEAN,                     :
AT FLEET BANK, FORMERLY                       :
BANKBOSTON,                                   :
                                              :
(18) $1,188.95 SEIZED FROM                    :
ACCOUNT NUMBER 542-53168,                     :
HELD IN THE NAME OF DEB'S, INC.,              :
D/B/A BONNIE'S PET INN,                       :
AT FLEET BANK, FORMERLY                       :
BANKBOSTON,                                   :
                                              :
(19) $2,149.34 SEIZED FROM                    :
ACCOUNT NUMBER 2000002720755,                 :
HELD IN THE NAME OF DEB'S                     :
PAYROLL, AT FIRST UNION BANK,                 :
                                              :
AND,                                          :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (20) $2,567.51 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEB'S, INC., AT FIRST UNION BANK. | : : : : : |
| [CLAIMANTS: DEBBIE C. KERPEN, A/K/A DEBORAH KERPEN, KAY F. ANDREWS, WILLIAM NATION, ROBERT C. KERPEN, JR., CHRISTOPHER AND/OR LISA PHEFFER, AND FORD MOTOR CREDIT COMPANY] | : : : : : : : December 21, 2005 |

PLAINTIFF UNITED STATES' RESPONSE TO CLAIMANT WILLIAM
NATION'S LETTER FILED DECEMBER 19, 2005

On June 29, 2005, the Clerk of the Court granted the United States of America's Request for Default against Claimant William Nation as to Defendant Asset Number 4, one 4 X 4 John Deere Tractor Model 870.

On July 8, 2005, the United States of American filed a Motion for Default Judgment Against William Nation which remains pending for the Court's consideration.

Over five months later, on or about December 19, 2005, William Nation submitted a letter to the Court[1] in response to the Government's Motion for Default Judgment.

---

[1] The Government was never served Claimant's letter dated December 19, 2005. It was discovered through an ECMF notification.

The United States stands by its previous filings and submissions in this matter.

                                                  Respectfully submitted,

                                                  KEVIN J. O'CONNOR
                                                  UNITED STATES ATTORNEY

                                                  DAVID X. SULLIVAN
                                                  ASSISTANT U.S. ATTORNEY
                                                  P.O. BOX 1824
                                                  NEW HAVEN, CT  06508
                                                  (203) 821-3700
                                                  FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Response to Claimant William Nation's Letter Filed December 19, 2005 has been mailed, postage prepaid, this 21st day of December, 2005, to:

William Nation
403 Oak Ridge Road
Mt. Washington, KY 40047

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793