Exhibit A
PAGE 1

3:01cv2090 PCD

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

Connecticut Financial Center
157 Church Street            (203) 821-3700
P.O. Box 1824                Fax (203) 773-5376
New Haven, Connecticut  06510   www.usdoj.gov/usao/ct

October 29, 2004

**BY FAX and U.S. MAIL**
(203) 368-3244

William Bloss, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

United States District Court
District of Connecticut
FILED AT  NEW HAVEN
12/27 2005
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

Re:   United States v. Deborah Kerpen
      Criminal No. 3:02CR230(SRU)

Dear Bill:

Based on a telephone conversation yesterday afternoon between Bill Nation and Dave Sullivan, it appears that Ms. Kerpen was unaware that she is scheduled to be deposed *before* her sentencing. Dave told Mr. Nation to tell her to call you.

The deposition is scheduled for November 4, 2004, which is the day before sentencing. We hope that Ms. Kerpen's testimony will cast some light on Mr. Nation's claim that he is the lawful owner of a tractor that he allegedly purchased from her before it was seized. Mr. Nation has filed a claim as part of the civil forfeiture action. Given the nature of the relationship between Ms. Kerpen and Mr. Nation, any transfer of property from Ms. Kerpen to Mr. Nation during the period of time in question, if it even occurred, would not have been an arms-length transaction. His claim appears manifestly fraudulent (among other things, the documentation for the alleged transaction appears to have been backdated). In sum, Mr. Nation is not a bona fide purchaser of the tractor and has no legitimate claim to that asset. If Ms. Kerpen testifies that this was an arms-length transaction, we will consider that to be a false statement and an obstruction of justice.

If we are missing something, please let me know; I have an open mind and would welcome additional information. However, this has been going on for months and neither Mr. Nation nor Ms. Kerpen has provided us with any evidence that would suggest that my characterization of this transaction is mistaken. If Ms. Kerpen does not testify truthfully in her deposition (or if she does not appear for her deposition), then the Government will not recommend a downward adjustment for acceptance of responsibility, nor will the Government

*Exhibit A Page 2*

William Bloss, Esquire
Page 2

October 29, 2004

stand silent with respect to Ms. Kerpen's motion for a downward departure. I expect to file a memorandum in aid of sentencing next week, and may have to include this issue.

As I have previously told you, I would prefer to give Ms. Kerpen the full benefit of the bargain, as set forth in the plea agreement. If she lies in her deposition, however, then she may be subject to the more severe penalties associated with a higher offense level.

Regardless of whether Mr. Nation withdraws his claim, the deposition will proceed as planned so that Ms. Kerpen can be questioned with respect to other claims against the seized assets. Please call me if you have any questions. Thank you.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY

: Judge Dorsey
: United States District Court

If you read this letter it is very evident that the United States Attorney was trying to influence the testimony of Ms Kerpen which is unethical and illegal. They should be looking for the truth!

— Thanks for your Attention