UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT TRIAL CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 Church Street
New Haven
Courtroom #1

NOTICE TO COUNSEL

Subject to jury trials, trial of the following court cases shall commence on or after March 9, 2006, upon notice to counsel by Patricia A. Villano, Deputy Clerk, of the actual date of trial. The parties in all cases shall be prepared to proceed upon 24 hours notice. Parties may inquire of the Deputy Clerk as to the status of the list at any time.

Problems with the trial of any case shall be discussed among all counsel and any request shall be made to the Court at the earliest possible time, in writing, and setting forth the result of such consultation and good cause for any request.

The parties shall discuss settlement of their case and report to Deputy Clerk Patricia A. Villano as soon as possible @ (203)773-2427, whether a conference sponsored by the Court is reasonably likely to be productive of settlement.

PETER C. DORSEY, SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CASE NO.   3:01 cv 2090   USA vs. Made Ya Look, Baja, et al**

    COUNSEL OF RECORD:

| | |
|---|---|
| David X. Sullivan, AUSA<br>Henry K. Kopel, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl.,<br>New Haven, CT 06510     203-821-3802 |
| William M. Bloss, Esq. | Koskoff, Koskoff & Bieder, P.C.,<br>350 Fairfield Ave., Bridgeport, CT 06604<br>203-336-4421 |
| James J. Tancrdi, Esq. | Day, Berry & Howard, CityPlace I,<br>Asylum St., Hartford, CT 06103-3402<br>860-509-6514 |

**CASE NO.   3:04 cv 1946   Choubert Francois vs. Strange, et al**

    COUNSEL OF RECORD:

| | |
|---|---|
| Choubert Francois, pro se | Inmate# 265283, Osborn Correctional<br>Institution, P.O. Box 100, Enfield, CT 06011 |
| Krishna R. Patel, Esq. | U.S. Attorney's Office, Room 309,<br>915 Lafayette Blvd., Bridgeport, CT 06604<br>203-696-3000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK