# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED

USA
V
Made Ya Look, et al

CASE NUMBER: 3:01-cv-2090(PCD)

2006 APR -5  A 11: 46

U.S. DISTRICT COURT
NEW HAVEN, CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

4x4 John Deere Tractor, serial #M00870B170995

_3-30-06_
**Date**

X _[signature]_
**Signature**

_N/A_
**Connecticut Federal Bar Number**

_WILLIAM NATION_
**Print Clearly or Type Name**

_502-538-9649_
**Telephone Number**

_403 OAKRIDGE DRIVE_
**Address**

_M.T. WASHINGTON, KENTUCKY 40047_

**Fax Number**

**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David X. Sullivan
U.S. Attorney's Office-NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Henry K. Kopel
U.S. Attorney's Office
157 Church St., P.O. 23rd Floor
P.O. Box 1824
New Haven, CT 06510

X _[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24