**UNITED STATES DISTRICT COURT**
**UNITED STATES OF AMERICA**
**DISTRICT OF CONNECTICUT**

U.S. District Court                                  Civil Number: 3:01-cv-2090(PCD)

1. I, William Nation, make a motion to move that Deborah Kerpen testimony or deposition not be allowed or presented as evidence for or against Mr. Nation based on the following:

   A.) That the U.S. Attorney's office has previously used this property case as intimidation in trying to influence the testimony of Ms. Kerpen, (see attached letter sent to William Bloss).

   B.) That the U.S. Attorney's office (David Sullivan) verbally told Mr. Nation that regardless of whether his transaction was an Arms Length Deal or not his forfeiture of the tractor in question would help Ms. Kerpen at sentencing, (this should be between U.S. Attorney's office and William Nation), see attached letter.

   C.) That the U.S. Attorney's office has taken Ms. Kerpen out of Alderson flew her to Oklahoma, Miami, Atlanta, New York for three days in essence trying to make any testimony in said case as hard on Ms. Kerpen as possible in retaliation for Mr. Nation's claim on said property.

   D.) Ms. Kerpen has served her time in Alderson as a model prisoner, no blemishes on her record, got her G.E.D., worked her job in horticulture, weeding, planting, and mulching the landscaping at Alderson Federal Prison to spruce up grounds. She did lots of sewing and crafts trying to better herself for release from the institution.

   E.) That the U.S. Attorney's office has been over aggressive and over zealous in their attempts to keep Mr. Nation's John Deere tractor which we cannot believe is ethical, professional, or legal in any United State courtroom.

   F.) That the U.S. Attorney office has already taken depositions from Ms. Kerpen on property cases and should have taken care of this matter at that point and time, (should have done their job right the first time).

   H.) Based on these facts and evidence that Mr. Nation cannot get a fair and unbiased testimony from Ms. Kerpen due to U.S. Attorney's office previous threatening and intimidation of said witness, (trying to tell Ms, Kerpen how to testify).

2. I, William Nation, make a motion that this case 3:01-cv-2090(PCD) be scheduled for trial by jury. Please advise Mr. Nation of available dates for trial and jury selection because as you know due to my location it will take some time to make my arrangements as I have a small horse farm with 13 animals that have to be cared for in my absence, (unless U.S. Attorney's office would like to work this out agreeable to all parties involved).

*William H. Nation*
Pro. Se.
403 Oakridge Drive
Mt. Washington, KY 40047

 

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

Connecticut Financial Center
157 Church Street                  (203) 821-3700
P.O. Box 1824                      Fax (203) 773-5376
New Haven, Connecticut  06510      www.usdoj.gov/usao/ct

October 29, 2004

**BY FAX and U.S. MAIL**
(203) 368-3244

William Bloss, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

        Re:    United States v. Deborah Kerpen
               Criminal No. 3:02CR230(SRU)

Dear Bill:

      Based on a telephone conversation yesterday afternoon between Bill Nation and Dave Sullivan, it appears that Ms. Kerpen was unaware that she is scheduled to be deposed *before* her sentencing. Dave told Mr. Nation to tell her to call you.

      The deposition is scheduled for November 4, 2004, which is the day before sentencing. We hope that Ms. Kerpen's testimony will cast some light on Mr. Nation's claim that he is the lawful owner of a tractor that he allegedly purchased from her before it was seized. Mr. Nation has filed a claim as part of the civil forfeiture action. Given the nature of the relationship between Ms. Kerpen and Mr. Nation, any transfer of property from Ms. Kerpen to Mr. Nation during the period of time in question, if it even occurred, would not have been an arms-length transaction. His claim appears manifestly fraudulent (among other things, the documentation for the alleged transaction appears to have been backdated). In sum, Mr. Nation is not a bona fide purchaser of the tractor and has no legitimate claim to that asset. If Ms. Kerpen testifies that this was an arms-length transaction, we will consider that to be a false statement and an obstruction of justice.

      If we are missing something, please let me know; I have an open mind and would welcome additional information. However, this has been going on for months and neither Mr. Nation nor Ms. Kerpen has provided us with any evidence that would suggest that my characterization of this transaction is mistaken. If Ms. Kerpen does not testify truthfully in her deposition (or if she does not appear for her deposition), then the Government will not recommend a downward adjustment for acceptance of responsibility, nor will the Government

William Bloss, Esquire
Page 2

October 29, 2004

stand silent with respect to Ms. Kerpen's motion for a downward departure. I expect to file a memorandum in aid of sentencing next week, and may have to include this issue.

As I have previously told you, I would prefer to give Ms. Kerpen the full benefit of the bargain, as set forth in the plea agreement. If she lies in her deposition, however, then she may be subject to the more severe penalties associated with a higher offense level.

Regardless of whether Mr. Nation withdraws his claim, the deposition will proceed as planned so that Ms. Kerpen can be questioned with respect to other claims against the seized assets. Please call me if you have any questions. Thank you.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY

Exhibit AA

4

# BILL OF SALE

This is a selling agreement between Deb Kerpen and Bill Nation that for the sum of $11,000.00 Dollars. Bill Nation will purchase 1998 John Deere tractor model 870. on 01-10-01 to be paid as described below $5000.00 cash and $6,000.00 to be taken off of board of care of horses and rent of utilites from 9-16-2000 to 03-16-2001. Mrs Kerpen will be paid in full for rent and board until 03-15-2001. We Bill Nation and Deb Kerpen agree to these terms and this sale and there are no liens or monies owed on this at this time. Signatures below will finalize this deal.

BUYER _[signature]_ 1-10-01

SELLER _[signature]_

NOTARY _Nancy Wells_  1-10-01

_ends_ 3-17-2002

Phone 502-500-6874