# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

USA
V
Made Ya Look, et al

**MOTION**

APPEARANCE

CASE NUMBER: 3:01-cv-2090(PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

4x4 John Deere Tractor, serial #M00870B170995

_4-25-06_
**Date**

_N/A_
**Connecticut Federal Bar Number**

_502-538-9649_
**Telephone Number**

___
**Fax Number**

___
**E-mail address**

X _William Nation_
**Signature**

_William Nation_
**Print Clearly or Type Name**

_403 Oak Ridge Dr._
**Address**

_Mt. Washington, Ky 40047_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David X. Sullivan
U.S. Attorney's Office-NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Henry K. Kopel
U.S. Attorney's Office
157 Church St., P.O. 23rd Floor
P.O. Box 1824
New Haven, CT 06510

X _William Nation_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S. District Court                           Civil Number: 3:01-cv-2090(PCD)

John B, Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

William M. Bloss
Koskoff, Koskoff, & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

James J. Tancredi
Day, Berry, & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499

_____
Signature