UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01cv2090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS, :

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS, :

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK, :

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK, :

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, :

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK, :

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON, :

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (15) $4,724.49 SEIZED FROM ACCOUNT NUMBER 885-38864, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (16) $4,758.13 SEIZED FROM ACCOUNT NUMBER 815-68427, HELD IN THE NAME OF DIAMOND D RANCH, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : |
| (17) $1,086.20 SEIZED FROM ACCOUNT NUMBER 542-53155, HELD IN THE NAME OF DEB'S, INC., D/B/A THE LADY CAN CLEAN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (18) $1,188.95 SEIZED FROM ACCOUNT NUMBER 542-53168, HELD IN THE NAME OF DEB'S, INC., D/B/A BONNIE'S PET INN, AT FLEET BANK, FORMERLY BANKBOSTON, | : : : : : : : |
| (19) $2,149.34 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK, | : : : : : |
| AND, | : |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (20) $2,567.51 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEB'S, INC., AT FIRST UNION BANK. : : : : : [CLAIMANTS: DEBBIE C. KERPEN, : A/K/A DEBORAH KERPEN, : KAY F. ANDREWS, WILLIAM : NATION, ROBERT C. KERPEN, JR., : CHRISTOPHER AND/OR LISA : PHEFFER, AND FORD MOTOR : CREDIT COMPANY] : | May 11, 2006 |

PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE TO WILLIAM NATION'S
MISCELLANEOUS MOTION FOR RELIEF

On May 3, 2006, William Nation, formerly a claimant in the above-captioned civil forfeiture action[1], filed a motion to preclude the Government from testifying in any proceedings related to this case. His motion is baseless as it is unsupported by law or fact. Consequently, the motion should be denied.

In response to Parts A through H of William Nation's motion, the Government offers the following:

---

[1] On November 4, 2004, William Nation faxed to the United States Attorney's Office a Withdrawal of Claim as to the Defendant John Deere Tractor (attached hereto as Exhibit A). Accordingly, the Government filed a Motion for Default as to William Nation on June 22, 2005. The Clerk of the Court granted the default on June 29, 2005. The Government filed a Motion for Default Judgment as to William Nation on July 8, 2005. This motion is pending before this Court.

1.      In response to Part A, the Government has never attempted to intimidate Deborah Kerpen, who at all times during the pendency of her federal criminal case was capably represented by Attorney William Bloss.

2.      In response to Part B, William Nation misrepresents any discussions he may have had with the Government prior to the withdrawal of his claim and the transmission of a fax to the United States Attorney's office. The fax reflects that he withdrew his claim with the understanding that neither he nor Deborah Kerpen would need to appear in the District of Connecticut for the purpose of being deposed concerning the Defendant John Deere Tractor, nothing more. There is no evidence to support his claim that his withdrawal would "help Ms. Kerpen at sentencing." See Exhibit A.

3.      On April 10, 2006, the United States Attorney's Office submitted to the United States Marshal Service a request for production of a federal prisoner pursuant to 18 U.S.C. § 3621(d) so that Deborah Kerpen is available for any court-ordered hearings to resolve this matter. A copy of that request is attached hereto as Exhibit B. Contrary to Nation's assertions, the United States Attorney's Office exercises no authority over the Bureau of Prisons or the United States Marshal Service as to the manner and means inmates are transported from one location to another.

4.      Mr. Nation's representations in Part D are not relevant to the issues in this case.

5.      Mr. Nation charges that the United States Attorney's Office has been "overly aggressive and overzealous" in Part E of his motion. This is completely contrary to his earlier representations in his submission filed April 5, 2006 where he repeatedly claims that the United States Attorney's Office has "dragged" this case out. Mr. Nation should make up his mind.

6. In Part F, Mr. Nation incorrectly states that the Government has already deposed Deborah Kerpen. Mr. Nation knows that Ms. Kerpen has not been deposed in this case. <u>See</u> Exhibit A.

7. Mr. Nation argues that he can not "get a fair and unbiased testimony from Ms. Kerpen," because the Government has threatened and intimidated her. This is patently false. The Government welcomes the opportunity to scrutinize any evidence William Nation intends to present to this Court at the appropriate proceeding.

8. Finally, Mr. Nation makes a demand for jury trial. Pursuant to Fed. R. Civ. P. 38(b), his request for a jury trial is not timely. The Government opposes his request for a jury trial. Further, Mr. Nation should not be rewarded for his unorthodox attempts to constructively obtain a protective order and thwart the Government's efforts to depose him in this case prior to trial.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to enter Default against William Nation has been mailed, postage prepaid, this 11th day of May, 2006, to:

William Nation
403 Oak Ridge Road
Mt. Washington, KY 40047


_____        _____
                                       DAVID X. SULLIVAN
                                       ASSISTANT U.S. ATTORNEY
                                       P.O. BOX 1824
                                       NEW HAVEN, CT  06508
                                       (203) 821-3700
                                       FEDERAL BAR # ct03793