11/03/04  15:23 FAX 203 773 5373        US ATTORNEY'S OFFICE NR                    ☒002

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Civil No. 3:01CV02090 (PCD) |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, ET AL | : |
| | : November 5, 2004 |
| [CLAIMANTS: WILLIAM NATION, ROBERT C. KERPEN, JR.] | : |

## CLAIMANT'S WITHDRAWAL OF CLAIM

I, William Nation, hereby withdraw my claim to the Defendant 4x4 John Deere Tractor Model 870, serial No. M00870B170995, dated March 30, 2004, in the above-captioned case. I have no objection to Plaintiff, United States of America, obtaining a Decree of Forfeiture, forfeiting the Defendant Tractor to the United States of America for disposition according to law.

_10-4-04_
Date

_William B. Nation_
WILLIAM NATION
CLAIMANT, PRO SE

By signing this the District Attorney office agrees that Bill Nation + Bob Kerpen do not have to appear for Depositions on John Deere Tractor. Thanks
Bill Nation

GOVERNMENT
EXHIBIT
A