U.S. Department of Justice  
United States Attorney  
_____ District of **Connecticut**

Request of United States Attorney for Production of Federal Prisoner In The Custody of The United States Pursuant to Title 18, United States Code, Section 3621(d)

The United States Attorney for the _____ District of **Connecticut**, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the _____ District of **Connecticut**, or any other authorized officer, to produce one **Deborah Kerpen (Inmate No. 14941-014)** now confined at the **FPC Alderson, West Virginia**, in the custody of the warden or the person there in charge, before the

- ■ United Stated District Court
- □ United Stated Grand Jury
- □ For Prosecution
- ■ For Testimony

at _____ **New Haven** _____, **Connecticut** _____  
(city)                                                                                                   (state)

- □ forthwith
- ■ at ____**10:30**____ a.m., on **Wednesday, April 19, 2006**, or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case styled

- ■ **United States v. One 37.5 Foot Baja Sport Cruiser Motorboat**
  
  Ct. No. **3:01CV2090 (PCD)**

- □ In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF  
UNITED STATES  
ATTORNEY[1]/

Your name here   **DAVID X. SULLIVAN**  
Assistant United States Attorney Requesting the Production of Prisoner in Custody

Telephone Nos. (*FTS*):   (203) 821-3700  
(*Commercial*):

Dated this __10th__ day  
of April, 2006.

ANTHONY KAPLAN, Supervisory Assistant United States Attorney[2]/

**GOVERNMENT EXHIBIT B**

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.