UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bench Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

May 23, 2006

10:00 A.M.

<u>CASE NO.   3-01-cv-2090 (PCD)   USA v. William Nation</u>

     Bench Trial Commences

    COUNSEL OF RECORD:

| | |
|---|---|
| David X. Sullivan, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510     203-821-3700 |
| William Nation | 403 Oakridge Dr., Mt. Washington, KY 40047  502-538-9649 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK