# United States District Court

DISTRICT OF _____

FILED

2006 MAY 23 P

**EXHIBIT AND WITNESS LIST** U.S. DISTRICT COU
NEW
CASE NUMBER 3:01CU2090(PCD), CT

USA

v.

Wm. nation

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dorsey | Sullivan | ProSe W. nation |
| **TRIAL DATE(S)** 5/23/06 | **COURT REPORTER** Falcone, ECRO | **COURTROOM DEPUTY** V. Jefferson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Douglas Werth |
| ✓ | | | | | Deborah Kerpen |
| ✓ | | | | | Gary MacNamara, Fairfield |
| ✓ | | | | | Bernard Feeney, Postal Insp. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FILED 2006 MAY 23 P 3 46 U.S. DISTRICT COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages