# United States District Court

DISTRICT OF _____

USA
v.
Wm Nation

EXHIBIT AND WITNESS LIST

CASE NUMBER: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dorsey | Sullivan | Pro Se W. Nation |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/06 | Falcone, ECRO | V. Jefferson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | | | ✓ | Bill of Sale - Tractor |
| B | | | | ✓ | Letter from USA Marrella - 10/29/04 |

FILED 2006 MAY 23 P 3: 46 U.S. DISTRICT COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of \_\_\_\_\_ Pages