
# United States District Court

**DISTRICT OF** _____

**EXHIBIT AND WITNESS LIST**

USA v. Wm Nation

CASE NUMBER: 3:01CV2090(PCD)

| Field | Value |
|---|---|
| PRESIDING JUDGE | Dorsey |
| PLAINTIFF'S ATTORNEY | Sullivan |
| DEFENDANT'S ATTORNEY | Pro Se W. Nation |
| TRIAL DATE(S) | 5/23/06 |
| COURT REPORTER | Falcone, ECRO |
| COURTROOM DEPUTY | V. Jefferson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | ✓ | Bank Checks |
| 2 | | | | ✓ | Indictment, Kerpen |
| 3 | | | | ✓ | Signed Plea Agreement, Terpen |
| 4 | | | | ✓ | Judgment, Kerpen |
| 5 | | | | ✓ | Report, 4/8/01 Det. P. Bravo |
| 6 | | | | ✓ | Photos 5/16/01 ;re: seizure warrants |
| 7 | | | | ✓ | Report - Fairfield PD, McNamara |
| 8 | | | | ✓ | Shipping Info. |

FILED 2006 MAY 23 P 3:47 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages