UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil No. 3:01cv2090 (PCD) |
| | : | |
| (1) ONE 37.5 FOOT BAJA SPORT CRUISER MOTORBOAT, ID NO. AGCB5523J889, NAMED "MADE YA LOOK," WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (2) ONE 2000 FORD EXPEDITION, VIN 1FMPU18L3YLB96416, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (3) ONE 2000 HART TWO-HORSE TRAILER, SERIAL NO. 1H9EH1429Y1051589, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (4) ONE 4x4 JOHN DEERE TRACTOR, MODEL 870, SERIAL NO. M00870B170995, WITH BUCKET, SERIAL NO. W00440X18074, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| | : | |
| (5) $3,972.46 SEIZED FROM ACCOUNT NUMBER 234-146246, HELD IN THE NAME OF DEBORAH AND ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |
| | : | |
| (6) $2,287.98 SEIZED FROM ACCOUNT NUMBER 234-146408, HELD IN THE NAME OF ROBERT KERPEN, AT A.G. EDWARDS & SONS, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(7) $4,171.23 SEIZED FROM ACCOUNT NUMBER 234-147803, HELD IN THE NAME OF KAY F. ANDREWS, AT A.G. EDWARDS & SONS,

(8) $11,357.63 SEIZED FROM ACCOUNT NUMBER 234-185330, HELD IN THE NAME OF DEBBIE KERPEN, AT A.G. EDWARDS & SONS,

(9) $3,781.84 SEIZED FROM ACCOUNT NUMBER 1030004443687, HELD IN THE NAME OF DEBBIE KERPEN, AT FIRST UNION BANK,

(10) $15,178.35 SEIZED FROM ACCOUNT NUMBER 2000002721262, HELD IN THE NAME OF DEBS, INC., AT FIRST UNION BANK,

(11) $15,362.38 SEIZED FROM ACCOUNT NUMBER 2000002720755, HELD IN THE NAME OF DEB'S PAYROLL, AT FIRST UNION BANK,

(12) $321.48 SEIZED FROM ACCOUNT NUMBER 2000002720768, HELD IN THE NAME OF DIAMOND D RANCH, AT FIRST UNION BANK,

(13) $20,839.25 SEIZED FROM ACCOUNT NUMBER 815-64770, HELD IN THE NAME OF DEB'S, INC., AT FLEET BANK, FORMERLY BANKBOSTON,

(14) $1,696.23 SEIZED FROM ACCOUNT NUMBER 814-87945, HELD IN THE NAME OF DEB'S PAYROLL, AT FLEET BANK, FORMERLY BANKBOSTON,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(15) $4,724.49 SEIZED FROM         :
ACCOUNT NUMBER 885-38864,          :
HELD IN THE NAME OF DEBORAH        :
AND ROBERT KERPEN,                 :
AT FLEET BANK, FORMERLY            :
BANKBOSTON,                        :
                                   :
(16) $4,758.13 SEIZED FROM         :
ACCOUNT NUMBER 815-68427,          :
HELD IN THE NAME OF DIAMOND        :
D RANCH, AT FLEET BANK,            :
FORMERLY BANKBOSTON,               :
                                   :
(17) $1,086.20 SEIZED FROM         :
ACCOUNT NUMBER 542-53155,          :
HELD IN THE NAME OF DEB'S, INC.,   :
D/B/A THE LADY CAN CLEAN,          :
AT FLEET BANK, FORMERLY            :
BANKBOSTON,                        :
                                   :
(18) $1,188.95 SEIZED FROM         :
ACCOUNT NUMBER 542-53168,          :
HELD IN THE NAME OF DEB'S, INC.,   :
D/B/A BONNIE'S PET INN,            :
AT FLEET BANK, FORMERLY            :
BANKBOSTON,                        :
                                   :
(19) $2,149.34 SEIZED FROM         :
ACCOUNT NUMBER 2000002720755,      :
HELD IN THE NAME OF DEB'S          :
PAYROLL, AT FIRST UNION BANK,      :
                                   :
AND                                :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(20) $2,567.51 SEIZED FROM :
ACCOUNT NUMBER 2000002721262, :
HELD IN THE NAME OF DEB'S, INC., :
AT FIRST UNION BANK. :
 :
[CLAIMANTS: DEBBIE C. KERPEN, :
A/K/A DEBORAH KERPEN, :
WILLIAM NATION, ROBERT C. :
KERPEN, JR., AND CHRISTOPHER :
AND/OR LISA PHEFFER] :

PARTIAL DECREE OF FORFEITURE

On November 8, 2001, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant Assets 1 through 20, listed above ("Defendant Assets"). The Complaint alleges that the Defendant Assets were involved in a transaction or attempted transaction, or traceable thereto, in violation of 18 U.S.C. § 1956, or represents property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952 or to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely racketeering in violation of 18 U.S.C. 1952 or conspiracy to commit such offense.

It appearing that process was fully issued in this action and returned according to law;

Notice of said forfeiture action was published in the New Haven Register newspaper on November 20, 27, and December 4, 2001.

On November 9, 2005 the Court ordered a Partial Decree of Forfeiture to the United States as to all Defendant Assets except for Defendant Asset John Deere Tractor, Model 870, Serial Number M00870B170995, which Defendant Asset Claimant William Nation alleged an interest in.

On May 23, 2006, a trial was held before the Court regarding the disputed John Deere tractor.

On June 2, 2006, this Court issued a ruling declaring the John Deere Tractor forfeited to the United States.

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Defendant Asset John Deere Tractor under seizure in this action be and are hereby entered herein; and

ORDERED, ADJUDGED AND DECREED that one John Deere Tractor, Model 870, Serial Number M00870B170995 be forfeited to the United States of America and disposed of according to law.

Dated this 14th day of August, 2006.

PETER C. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing Decree of Forfeiture has been mailed, postage pre-paid, this 7th day of June, 2006 to:

William Nation
403 Oak Ridge Road
Mt. Washington, KY 40047

                                                                  _____
                                                                  DAVID X. SULLIVAN
                                                                  ASSISTANT U.S. ATTORNEY